No. 00–10884.  IN RE BAUDER;
No. 01–56.  IN RE GARCIA;
No. 01–88.  IN RE FELDMAN;
No. 01–5005.  IN RE ALONSO LONDONO;
No. 01–5021.  IN RE CANA-RUIZ;
No. 01–5029.  IN RE PORTER;
No. 01–5055.  IN RE NEUFVILLE;
No. 01–5083.  IN RE HEDGES ET AL.;
No. 01–5090.  IN RE MARTIN;
No. 01–5137.  IN RE MONTGOMERY;
No. 01–5149.  IN RE WOODS;
No. 01–5155.  IN RE GIURA;
No. 01–5315.  IN RE GONZALEZ;
No. 01–5360.  IN RE DRAPER;
No. 01–5428.  IN RE TAYLOR;
No. 01–5523.  IN RE GOODWIN;
No. 01–5550.  IN RE YAPP;
No. 01–5554.  IN RE MURRAY;
No. 01–5558.  IN RE BROWN;
No. 01–5653.  IN RE ADIO-MOWO;
No. 01–5700.  IN RE WIGGINS;
No. 01–5741.  IN RE MONREAL;
No. 01–5755.  IN RE DEVAUGHN;
No. 01–5928.  IN RE WALDEN; and
No. 01–6033.  IN RE GRAVES.  Petitions for writs of habeas corpus denied.

No. 00–10748.  IN RE CHURCH.  Motion of petitioner for leave to proceed *in forma pauperis* denied, and petition for writ of habeas corpus dismissed.  See this Court's Rule 39.8.

No. 00–10761.  IN RE CHURCH.  Motion of petitioner for leave to proceed *in forma pauperis* denied, and petition for writ of habeas corpus dismissed.  See this Court's rule 39.8.

No. 00–10105.  IN RE ROBINSON;
No. 00–10292.  IN RE BERRY;
No. 00–10336.  IN RE VANN;
No. 00–10390.  IN RE ROBINSON;
No. 00–10485.  IN RE ABDELMESSIH;
No. 00–10487.  IN RE RODRIGUEZ-PADRON;
No. 00–10513.  IN RE DUNNINGTON;
No. 00–10532.  IN RE YOUNG;